

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   RONALD L. CHENG
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6336 / Fax: 702.388.6418
5  ronald.cheng@usdoj.gov
   *Attorneys for the United States*
6
                    **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              Case No. 2:20-cr-109-JAD-DJA

9           Plaintiff,                    **Motion for Government Attorney
                                          Appearance Under Local Rule IA 11-3**
10      v.
                                          **(Filed Under Seal)**
11  MYKALAI KONTILAI,
        aka MICHAEL CONTILE,
12
            Defendant.
13

14       The United States of America, by and through Assistant U.S. Attorney Ronald L.

15  Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that

16  Emily Catherine Scruggs, Trial Attorney with the United States Department of Justice,

17  Fraud Section, be permitted to appear before this Court in the above-captioned case.  The

18  Government files this Motion under seal, because this case is currently sealed, in that

19  Defendant Mykalai Kontilai is not aware of these charges and has not yet been arrested.

20       Ms. Scruggs is a member in good standing of the bar of the State of New York, she

21  is employed by the United States as an attorney, and, in the course and scope of her

22  / / /

23  / / /

24  / / /

1    employment, she has occasion to appear before the Court on behalf of the United States in

2    connection with the above-captioned matter.

3         Dated this 9th day of June, 2020.

4                                        Respectfully Submitted,

5         RONALD        Digitally signed by
          CHENG         RONALD CHENG
                        Date: 2020.06.09
                        10:17:57 -07'00'

6                                        RONALD L. CHENG
                                         Assistant United States Attorney
7                                        Chief, Criminal Division

8                                        **ORDER**

9         IT IS HEREBY ORDERED that Emily Catherine Scruggs is permitted to appear

10   before this Court in this case.

11        IT IS HEREBY FURTHER ORDERED that the Government's Motion and this

12   Order remain under seal until this case is unsealed.

13   _____

14   HONORABLE JENNIFER A. DORSEY
     UNITED STATES DISTRICT JUDGE

15

16   Dated:    6/16/2020
             _____

17

18

19

20

21

22

23

24

                                        2