DANIEL KAHN
Acting Chief, Fraud Section
EMILY CATHERINE SCRUGGS
Trial Attorney, Fraud Section
Criminal Division
Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
Tel: 202.616.2488 /Fax: 202.514.0152
emily.scruggs@usdoj.gov

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-109-JAD-DJA |
| Plaintiff, | |
| v. | |
| MYKALAI KONTILAI, <br> aka MICHAEL CONTILE, | |
| Defendant. | |

## MOTION TO UNSEAL CASE

### (Filed Under Seal)

The United States of America, by and through Nicholas A. Trutanich, United States

Attorney, Richard Anthony Lopez, Assistant United States Attorney, and Emily Scruggs,

Trial Attorney of the Criminal Division, Fraud Section (together the "Government"), hereby moves this Court for an order unsealing the case.

## FACTUAL AND PROCEDURAL BACKGROUND

1. Defendant Mykalai Kontilai, also known as Michael Contile, was charged by Indictment on June 3, 2020. A warrant issued for his arrest on the same date. The Indictment and warrant were filed under seal pending the defendant's arrest.

2. The Indictment charges the defendant with 18 counts including violations of Securities Fraud (15 U.S.C. §§ 78j(b), 78ff; 17 C.F.R. § 240-10b-5), Wire Fraud (18 U.S.C. § 1343), Money Laundering (18 U.S.C. §§ 1956, 1957), and Willful Failure to File Return (26 U.S.C. § 7203).

## ARGUMENT

3. Under Federal Rule of Criminal Procedure 6(e)(4), "[t]he federal magistrate to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial." "The decision of a magistrate to seal an indictment is entitled to considerable deference." *United States v. Gigante*, 436 F. Supp. 2d 647, 654 (S.D.N.Y. 2006).

4. The "'obvious purpose'" of the Rule "'is to prevent the requirement of an indictment from serving as a public notice that would enable the defendant to avoid arrest.'" *United States v. Davis*, 598 F. Supp. 453, 455 (S.D.N.Y. 1984) (quoting *United States v. Muse*, 633 F.2d 1041, 1043 (2d Cir. 1980)); *see also United States v. Upton*, 339 F. Supp. 2d 190, 194 (D. Mass. 2004) ("Rule 6(e)(4) presumes a governmental objective of preventing pre-arrest flight by the defendant . . . .").

5. The Government initially requested the Indictment and warrant be filed under seal. At the time, the Government did not have reason to believe that the defendant was

aware of the pending criminal charges against him, although there was reason to believe the defendant had traveled internationally and had considered the possibility of life as a fugitive from justice.

6. It appears now the defendant is convinced that he has been formally charged and that an arrest warrant has issued. This belief has kept him from returning to the United States to defend himself in a federal civil proceeding. He is also avoiding travel to countries that he believes may extradite him to the United States.

7. The interests of justice weigh in favor of unsealing the Indictment. Publication of the charges may alert individuals at risk of falling victim to any ongoing schemes perpetrated by the defendant, facilitate cooperation with international law enforcement partners to apprehend the defendant, and serve as the basis to potentially stay civil discovery.

8. The Government requests that the related sealed docket entries for filings dated June 9, 2020 and June 15, 2020 remain sealed at this time for the reasons stated in those documents.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

## CONCLUSION

For the reasons stated above, the Government respectfully requests that this Court grant the Government's motion and unseal the case.

DATED this 13th day of October, 2020.

Respectfully submitted,

DANIEL KAHN
Acting Chief, Fraud Section
U.S. Department of Justice

NICHOLAS A. TRUTANICH
United States Attorney

EMILY C. SCRUGGS
Trial Attorney

RICHARD ANTHONY LOPEZ
Assistant United States Attorney

4

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYKALAI KONTILAI,<br>   aka MICHAEL CONTILE,<br><br>Defendant. | Case No. 2:20-cr-109-JAD-DJA |

**ORDER**

Based on the Government's Motion to Unseal Case in the above-captioned matter and good cause appearing therefore,

IT IS HEREBY ORDERED that the case and indictment be unsealed;

IT IS FURTHER ORDERED that the Government's Motion to Unseal Case dated October 13, 2020, be unsealed; and

IT IS FURTHER ORDERED that the related sealed docket entries for filings dated June 9, 2020, and June 15, 2020 remain sealed at this time.

DATED this 13th day of October, 2020.

_____
HONRABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5