JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00109-CDS-DJA |
| Plaintiff | **Order Granting Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| MYKALAI KONTILAI, | [ECF No. 29] |
| Defendant | |

The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Brandon Burkart, Trial Attorney with the United States Department of Justice, Criminal Division, Fraud Section, be permitted to appear before this Court in the above-captioned case.

///

///

///

///

///

1    Mr. Burkart is a member in good standing of the bar of New York, he is employed

2    by the United States as an attorney, and, in the course and scope of his employment, he has

3    occasion to appear before the Court on behalf of the United States in connection with the

4    above-captioned matter.

5    Dated: May 2, 2024.

6

7    Respectfully submitted,

8

9    */s/ Susan Cushman*
     SUSAN CUSHMAN
     Assistant United States Attorney
10   Chief, Criminal Division

11

12

13   IT IS SO ORDERED:

14

15   HONORABLE CRISTINA D. SILVA
     UNITED STATES DISTRICT JUDGE

16

17   Dated: May 3, 2024

18

19

20

21

22

23

24