1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JESSICA OLIVA
3  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702-388-6336
5  jessica.oliva@usdoj.gov

6  GLENN S. LEON
   Chief, Fraud Section
7  SARA HALLMARK
   BRANDON BURKART
8  Trial Attorneys
   Department of Justice
9  Fraud Section
   1400 New York Avenue, NW
10 Washington, D.C. 20005
   sara.hallmark2@usdoj.gov
11 brandon.burkart@usdoj.gov

12 *Attorneys for the United States*

13              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
14

15 UNITED STATES OF AMERICA,          Case No. 2:20-cr-00109-JAD-DJA
            Plaintiff,
                                                **Order to**
16      v.                            **Continue Detention Hearing (Second
                                       Request)**
17 MYKALAI KONTILAI,
        aka MICHAEL CONTILE,
18
            Defendant.
19

20      IT IS HEREBY STIPULATED AND AGREED, by and between Jason V.

21 Frierson, United States Attorney, Jessica Oliva, Assistant United States Attorney, Sara

22 Hallmark and Brandon Burkart, Trial Attorneys in the Fraud Section of the U.S.

23 Department of Justice's Criminal Division, and George Lambert, counsel for Mykalai

24 Kontilai ("defendant"), that the detention hearing scheduled for May 14, 2024 at 10:00

a.m., be vacated and set to a date and time convenient to this Court, but no sooner than 7 days.

This stipulation is entered into for the following reasons:

1.    On May 7, 2024, defendant Mikalai Kontilai was brought before the Honorable Nancy J. Koppe in Las Vegas, Nevada, for an initial appearance, arraignment, and plea hearing in District of Nevada case no. 2:20-cr-00109-JAD-DJA, *United States v. Mykalai Kontilai*. The Government moved for detention under 18 U.S.C. § 3142(f). The defendant requested to continue that hearing by five business days under the same statute, and the Court set the hearing for May 14, 2024 at 10 am. The Court ordered the defendant temporarily detained pending this hearing.

2.    On May 7, 2024, defendant Mikalai Kontilai was also brought before Judge Koppe in Las Vegas for an appearance in accordance with Federal Rule of Criminal Procedure 5 in connection with an indictment in District of Colorado case no. 1:20-cr-83-WJM, *United States v. Mykalai Kontilai.* The Government moved for detention under 18 U.S.C. § 3142(f). The defendant requested to continue that hearing by five business days under the same statute, and the Court set the hearing for May 14, 2024 at 10 am. The Court ordered the defendant temporarily detained pending this hearing.

3.    As of May 9, 2024, the undersigned counsel for the defendant has been unable to meet with the defendant in person since his May 7 hearings.[1] As a result, defense counsel has been unable to obtain the defendant's assistance and approval of information to

---

[1] On May 9, 2024, after receiving notice from defense counsel of his inability to schedule a meeting with his client, undersigned counsel for the USAO notified the U.S. Marshal Service. The undersigned AUSA understands that the USMS is working to ensure access.

2

1  be released in connection with his detention hearing arguments, including arguments

2  relating to the defendant's health.

3       4.     Under 18 U.S.C. 3142(f), the court may continue a detention hearing for

4  longer than five business days if requested by the defendant (or more than three business

5  days if requested by the government) where the court finds good cause exists for doing so.

6  Here, good cause exists to continue the defendant's detention hearings, as defense counsel

7  needs additional time to confer with his client in order to prepare for those hearings.

8       5.     The defendant is in custody and agrees to this continuance.

9       6.     The parties agree to this continuance.

10       7.     This is the second request to continue the detention hearings in these cases.

11       DATED this 9th day of May, 2024.

12       Respectfully submitted,

13       JASON M. FRIERSON
By__/s/_____   United States Attorney

14  GEORGE LAMBERT
Counsel for Defendant

15       By_____/s/_____
JESSICA OLIVA

16       Assistant United States Attorney

17

18       GLENN S. LEON
Chief, Fraud Section
Criminal Division

19       U.S. Department of Justice

20       By____/s/_____

21       SARA HALLMARK
BRANDON BURKART

22       Trial Attorneys

23

24

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MYKALAI KONTILAI,

        aka MICHAEL CONTILE,

                Defendant.

Case No. 2:20-cr-00109-JAD-DJA

**Order Granting Stipulation to Continue Detention Hearing**

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the parties' stipulation to continue the detention hearing, and good cause appearing therefore, the Court finds that:

1.      On May 7, 2024, defendant Mikalai Kontilai was brought before the Honorable Nancy J. Koppe in Las Vegas, Nevada, for an initial appearance, arraignment, and plea hearing in District of Nevada case no. 2:20-cr-00109-JAD-DJA, *United States v. Mykalai Kontilai*. The Government moved for detention under 18 U.S.C. § 3142(f). The defendant requested to continue that hearing by five business days under the same statute, and the Court set the hearing for May 14, 2024 at 10 am. The Court ordered the defendant temporarily detained pending this hearing.

2.      On May 7, 2024, defendant Mikalai Kontilai was also brought before Judge Koppe in Las Vegas for an appearance in accordance with Federal Rule of Criminal Procedure 5 in connection with an indictment in District of Colorado case no. 1:20-cr-83-WJM, *United States v. Mykalai Kontilai.* The Government moved for detention under 18 U.S.C. § 3142(f). The defendant requested to continue that hearing by five business days

1    under the same statute, and the Court set the hearing for May 14, 2024 at 10 am. The Court

2    ordered the defendant temporarily detained pending this hearing.

3            3.      As of May 9, 2024, the undersigned counsel for the defendant has been

4    unable to meet with the defendant in person since his May 7 hearings.[2] As a result, defense

5    counsel has been unable to obtain the defendant's assistance and approval of information to

6    be released in connection with his detention hearing arguments, including arguments

7    relating to the defendant's health.

8            4.      Under 18 U.S.C. 3142(f), the court may continue a detention hearing for

9    longer than five business days if requested by the defendant (or more than three business

10   days if requested by the government) where the court finds good cause exists for doing so.

11   Here, good cause exists to continue the defendant's detention hearings, as defense counsel

12   needs additional time to confer with his client in order to prepare for those hearings.

13           5.      The defendant is in custody and agrees to these continuances.

14           6.      The parties agree to these continuances.

15           7.      This is the second request to continue the detention hearings in these cases.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   _____

23   [2] On May 9, 2024, after receiving notice from defense counsel of his inability to schedule a
     meeting with his client, undersigned counsel for the USAO notified the U.S. Marshal
     Service. The assigned     AUSA submits      that the USMS is working to ensure access.

24

2

1

**ORDER**

2          IT IS HEREBY ORDERED that the detention hearing currently scheduled for May

3    14, 2024, at the hour of 10:00 a.m. is continued to May 20, 2024, at 10:00 a.m.

4    Additionally, as Defendant has filed a motion to proceed pro se, Docket No. 34, the

5    Court will also conduct a Faretta canvas.  The Court enters a temporary detention

6    order pending the continued detention hearing.

7          IT IS SO ORDERED.

8          DATED:  May 13, 2024.

9

10                                                    _____
                                                      NANCY J. KOPPE
                                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3