# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00109-CDS-DJA |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 74) |
| MYKALAI KONTILAI, | |
| Defendant. | |

Pending before the Court is Defendant's motion to seal his medical records, attached to his motion to reopen his detention hearing. Docket No. 74. Defendant submits that the records contain his private medical information. *Id*. Defendant, however, inappropriately filed the motion itself under seal.

Accordingly, the Court **GRANTS** Defendant's motion to seal. Docket No. 74. The attachment to the document shall remain under seal. Docket No. 74-1. The Court **INSTRUCTS** the Clerk's Office to unseal the motion itself, while keeping the attachment to the motion under seal.

IT IS SO ORDERED.

DATED: August 9, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE