UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00109-CDS-DJA |
|---|---|
| Plaintiff, | **ORDER** |
| v. | (Docket No. 78) |
| MYKALAI KONTILAI, | |
| Defendant. | |

Pending before the Court is the United States' motion to seal Defendant's medical records, attached to its response to Defendant's motion to reopen his detention hearing. Docket No. 78. *See also* Docket No. 77 (sealed medical records). The United States submits that the records contain Defendant's private medical information. Docket No. 78 at 2.

Accordingly, the Court **GRANTS** the United States' motion to seal. Docket No. 78. The medical records at Docket No. 77 shall remain under seal.

IT IS SO ORDERED.

DATED: August 9, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE