# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00109-CDS-DJA |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 81) |
| MYKALAI KONTILAI, | |
| Defendant. | |

Pending before the Court is Defendant's motion to seal his medical records, attached to his reply to the United States' response to his motion to reopen his detention hearing.  Docket No. 81. *See also* Docket No. 82 (sealed medical records).  Defendant submits that the records contain his private medical information.  *See* Docket No. 81.

Accordingly, the Court **GRANTS** Defendant's motion to seal.  Docket No. 81.  The medical records at Docket No. 82 shall remain under seal.

IT IS SO ORDERED.

DATED: August 9, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE