**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYKALAI KONTILAI,<br><br>Defendant. | Case No. 2:20-cr-00109-CDS-DJA<br><br>**ORDER** |

Presently before the Court is defense counsel George Lambert's consent motion of attorney to withdraw from being counsel of record (ECF No. 98). Counsel moves to withdraw as attorney of record for Defendant Mykalai Kontilai. Having reviewed the motion and for good cause appearing therein, the Court will grant the motion. Defendant Kontilai will continue to be represented by attorneys David Feldman, Robert Draskovich and Gregory Smith.

IT IS THEREFORE ORDERED that the consent motion to withdraw (ECF No. 98) is GRANTED. George Lambert is withdrawn as attorney of record.

IT IS FURTHER ORDERED that the Clerk shall remove Mr. Lambert from the CM/ECF service list in this case.

DATED: October 31, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE