UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>MYKALAI KONTILAI,<br><br>　　　　Defendant | Case No. 2:20-cr-00109-CDS-DJA<br><br>**Order Granting Motion to Withdraw as Attorney of Record**<br><br>[ECF No. 142] |

　　Defense counsel Gregory S. Smith moves to withdraw as counsel to defendant Mykalai Kontilai. ECF No. 142. Having reviewed the motion, and for good cause appearing therein, the the motion is granted. Kontilai will continue to be represented by attorneys David Feldman, Robert Draskovich [and George Lambert.].

　　IT IS THEREFORE ORDERED that the motion to withdraw **[ECF No. 142] is GRANTED**, and Gregory S. Smith is withdrawn as attorney of record. The Clerk of Court is instructed to remove Gregory S. Smith from the CM/ECF service list in this case.

　　Dated:  December 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE