ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 474-4222
Facsimile: (702) 474-1320
robert@draskovich.com
*Attorney for Mykalai Kontilai*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff<br><br>vs.<br><br>MYKALAI KONTILAI,<br><br>         Defendant | CASE NO: 2:20-cr-00109-CDS-DJA<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MYKALAI KONTILAI**<br><br>[ECF No. 151] |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Robert M. Draskovich, Esq.'s Motion to Withdraw as Counsel for Defendant Mykalai Kontilai [ECF No. 151] is GRANTED. Robert M. Draskovich is withdrawn as attorney of record.

Dated: January 10, 2025

_____
UNITED STATES DISTRICT JUDGE