UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>v.<br><br>MYKALAI KONTILAI,<br><br>　　　　　Defendant | Case No. 2:20-cr-00109-CDS-DJA<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 152] |

IT IS HEREBY ORDERED that respondent's motion for an extension of time [ECF No. 152] is GRANTED. The deadline for attorney George Lambert to file a response to the show-cause order, is extended to February 7, 2025.

Dated: January 10, 2025

_____
Cristina D. Silva
United States District Judge