UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-cr-00109-CDS-DJA |
|---|---|
| Plaintiff | **Order Granting Extension of Time and Setting Hearing** |
| v. | |
| Mykalai Kontilai, | [ECF No. 163] |
| Defendant | |

Attorney George Lambert was ordered to show-cause why his pro hac vice status should not be revoked in light of allegations that he smuggled contraband to defendant Mykalai Kontilai at the Nevada Southern Detention Center (NSDC). ECF No. 102. In Lambert's third request to extend the response deadline, he asserts that because NSDC failed to retain video recordings of the alleged incidents, two of the misconduct claims should be dismissed. ECF No. 163.[1] Lambert further represents that he does not anticipate needing an extension beyond March 6, 2025, because the third allegation is related to a printed email. *Id.* at 2. Lastly, Lambert offers a preliminary response and requests that the show-cause order be discharged. *Id.* at 5–12. In light of the representations made in Lambert's motion, I am setting this matter for hearing. No additional briefing or response is necessary at this time. Any supplemental information or evidence may be presented at the hearing on March 12, 2025, at 11:00 a.m. in LV Courtroom 6B.

Dated: February 18, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] According to the local rules, filings to the court "must be in a searchable Portable Document Format (PDF)[.]" LR IC 2-2(a)(1). Counsel is cautioned that future submissions that violate the local rules may not be considered.